## UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

*(Place an "X" in applicable ☐)*

| | |
|---|---|
| **PLAINTIFF:**<br>Maverick Work Wear, Inc.<br><br>**ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*): Brian S. Janovitz<br>DLA Piper LLP (US)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>brian.janovitz@us.dlapiper.com<br>(202) 799-4816 | **COURT NO.**: 1:26-cv-01466 |

---

### CONSTITUTIONAL ISSUE - 28 U.S.C. § 255

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: ☒

---

### J U R I S D I C T I O N

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. 1515**

| | | | |
|---|---|---|---|
| ☐ Appraisal | ☐ Classification | ☐ Charges or Exactions | ☐ Vessel Repairs |
| ☐ Exclusion | ☐ Liquidation | ☐ Drawback | |
| ☐ Refusal to Reliquidate | ☐ Rate of Duty | ☐ Redelivery | |

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

☐ Appraisal      ☐ Classification      ☐ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination.  For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____ Agency_____

**Federal Register** or **Administrative Determination** Cite(s) _____

Product(s)_____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

☐ U.S. Secretary of Labor      ☐ U.S. Secretary of Commerce      ☐ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:   ☐ U.S. International Trade Commission      ☐ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

| | | | |
|---|---|---|---|
| ☐ Sec. 641(b)(2) | ☐ Sec. 641(b)(3) | ☐ Sec. 641(c)(1) | ☐ Sec. 641(b)(5) |
| ☐ Sec. 641(c)(2) | ☐ Sec. 641(d)(2)(B) | ☐ Sec. 499(b) | |

**J U R I S D I C T I O N**
(Continued)

---

**28 U.S.C. § 1581(h) - Ruling relating to:**

☐ Classification      ☐ Valuation      ☐ Restricted Merchandise

☐ Rate of Duty        ☐ Marking        ☐ Entry Requirements

☐ Drawbacks           ☐ Vessel Repairs ☐ Other: _____

_____

---

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)

This Court has jurisdiction under 28 U.S.C. § 1581(i).  See V.O.S. Selections, Inc. v. Trump et al., 149 F.4th 1312, 1334 (Fed. Cir. 2025) aff'd Learning Resources, Inc. et al., v. Trump, 607 U.S. ____ (2026).

---

**28 U.S.C. § 1582 - Actions Commenced by the United States**

☐ (1) Recover civil penalty under Tariff Act of 1930:

    ☐ Sec. 592          ☐ Sec. 593A        ☐ Sec. 641(b)(6)

    ☐ Sec. 641(d)(2)(A) ☐ Sec. 704(i)(2)   ☐ Sec. 734(i)(2)

☐ (2) Recover upon a bond

☐ (3) Recover customs duties

---

**R E L A T E D    C A S E ( S )**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☐ Decided: |  |  |  |
| ☒ Pending: | 1. VOS Selections, Inc., et al. v. Donald Trump, et al.<br><br>2. AGS Company Automotive Solutions v. United States Customs and Border Protection et al. | 1. Case No. 1:25-cv-00066, aff'd V.O.S. Selections, Inc. v. Trump, 149 F.4th 1312 (Fed Cir. 2025), aff'd Learning Resources v. Trump, 607 U.S. ___ (2026).<br><br>2. Case No. 1:25-cv-00255 (Ct. Int'l Trade) | 1. Gary S. Katzmann, Judge<br>Timothy M. Reif, Judge<br>Jane A. Restani, Judge<br><br>2. Gary S. Katzmann, Judge<br>Timothy M. Reif, Judge<br>Jane A. Restani, Judge |

(Attach additional sheets, if necessary.)

/s/ Brian S. Janovitz
_____
*Signature of Plaintiff's Attorney*

March 5, 2026
_____
*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)